UNITED STATES of America,
Plaintiff–Appellee,

v.

Gonzalo SERRANO–VILLALOBOS,
Defendant–Appellant.

No. 12–10653.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 18, 2013.

Todd D. Leras, Assistant U.S., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Michael Petrik, Jr., Assistant Federal Public Defender, Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Gonzalo Serrano–Villalobos appeals from the district court's judgment and challenges the 180–month sentence imposed following his guilty-plea conviction for multiple drug offenses in violation of 21 U.S.C. §§ 841(a) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Serrano–Villalobos contends that his sentence is substantively unreasonable because the district court failed to grant a departure on the ground that his criminal history category was overstated. The district court did not abuse its discretion in imposing Serrano–Villalobos's sentence. See Gall v. United States, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of circumstances, including the offense conduct. See id.

AFFIRMED.